IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HAROLD LATIN                                                                                               PLAINTIFF

v.                                            Case No. 4:22-cv-4053

DR. RONALD SCOTT EXUM, Emergency
Room Physician at Wadley Regional Medical
Center, *et al.*                                                                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 9, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9.  Judge Bryant recommends that Defendants' Amended Complaint (ECF No. 8) be dismissed.  Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's Amended Complaint (ECF No. 8) is **DISMISSED WITH PREJUDICE**.  Plaintiff is warned that the dismissal of this case may be counted as a strike for purposes of 28 U.S.C. § 1915(g).  The Clerk is directed to place a § 1915(g) strike flag on this case.

**IT IS SO ORDERED**, this 5th day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge